IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CR-087-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| TEVIN PATTON, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Unopposed Motion For Extension Of Time" (Document No. 17) filed October 16, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting no objection from Defendant, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Unopposed Motion For Extension Of Time" (Document No. 17) is **GRANTED**. The Government shall file a response to Defendant's "Motion To Protect The Safety And Constitutional Rights Of Tevin Patton, Or, In The Alternative, Motion To Release Tevin Patton" (Document No. 16) on or before **October 23, 2025**.

**SO ORDERED**.

Signed: October 16, 2025

David C. Keesler
United States Magistrate Judge